UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES RAYBURN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>    Defendants. | No.  2:24-cv-2704 DJC SCR P<br><br>ORDER |

      Plaintiff, a county prisoner in the state of Arkansas proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 28, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 7.  Plaintiff has not filed objections to the findings and recommendations.

      Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served.  It is the Plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully

effective.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. In addition, the Court has reviewed the Magistrate Judge's February 6, 2024 Order (ECF No. 6) which the Court finds is also supported by the record and the proper analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 7) are adopted in full;

    2. This action is dismissed without prejudice for failure to state a claim upon which relief can be granted, for the reasons explained in the court's earlier order, ECF No. 6. <u>See</u> 28 U.S.C. § 1915A(b)(1); and

    3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 23, 2025**

                                        Hon. Daniel J. Calabretta
                                        UNITED STATES DISTRICT JUDGE

Rayb2704.803

2